HENRY TRAMPE, APPELLEE, V. JOHN D. TILLEY ET AL.,
APPELLANTS.

FILED NOVEMBER 24, 1933. No. 28707.

*W. I. Tillinghast,* for appellants.

*Mayer, Kroger & Mayer* and *L. A. DeVoe, contra.*

Heard before GOSS, C. J., ROSE and PAINE, JJ., and
CARTER and REDICK, District Judges.

REDICK, District Judge.

This is an appeal by John D. and Anna Tilley from an
order confirming a sale of 680 acres of land in Arthur
county, upon foreclosure of an option contract for its
purchase from plaintiff, Henry Trampe. The option for
purchase was contained in a lease of the land and granted
defendants leave to purchase for $10,000, payable $2,500
on or before March 1, 1927, and the remainder later. De-
fendants were unable to make payment March 1, 1927,
but in February, 1927, paid $1,000 in accordance with
modified terms of the option. No further payments were
made and decree of foreclosure was entered October 5,
1931, for $9,494. Stay was taken and sale was had Aug-
ust 9, 1932, to plaintiff, for $10,031.44, the full amount
of the decree. Some objections are made to the order
of sale and notice thereof, but are not of such importance
as to render the sale irregular, and the same was duly
confirmed. The only evidence of the value of the land
is contained in an affidavit of plaintiff, who fixes it at
$5,000, but plaintiff bid the full amount of his decree.
Under these conditions we know of no rule of law by
which defendants can be granted relief, and the order
confirming the sale will be affirmed; defendants given
leave to redeem at any time before mandate issues.

AFFIRMED.